**Order entered July 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00775-CV

### IN RE THERESA BARNETT, Relator

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC10-00136**

## ORDER

The Court has before it relator's July 22, 2013 motion for extension of time to file response and amended writ. The Court **DENIES** the motion.

/s/    DAVID L. BRIDGES
        JUSTICE